# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Luxottica Group S.p.A. et al | ) | |
| | ) | |
| Plaintiff | ) | Case No:16 C 2570 |
| | ) | |
| v. | ) | |
| | ) | Judge: Gary Feinerman |
| The Partnerships and Unincorporated | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## **ORDER**

Motion hearing held. For the reasons stated on the record, Plaintiffs' ex parte motion for entry of a temporary restraining order, including a temporary injunction, a temporary transfer of the defendant domain names, a temporary asset restraint, expedited discovery, and service of process by e-mail and/or electronic publication [10] is granted. Enter sealed order. Status hearing set for 3/15/2016 at 9:00 a.m.

(0:10)
Date: 3/1/2016

United States District Court Judge