# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LUXOTTICA GROUP S.p.A. and OAKLEY, INC., | Case No. 16-cv-02570 |
| Plaintiffs, | **Judge Gary Feinerman** |
| v. | **Magistrate Judge Michael T. Mason** |
| LI CHEN, et al., | |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiffs Luxottica Group S.p.A. and Oakley, Inc. (collectively, "Plaintiffs"), hereby dismiss this action without prejudice against the Defendants boutiquesforyou[1] and karenqianyun.[2]

Dated this 8th day of March 2016.    Respectfully submitted,

/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net

*Counsel for Plaintiffs*

---

[1] See line 1155 of the Defendants section of Schedule A, associated with the URL ebay.com/usr/boutiquesforyou on line 48 of the Online Marketplace Accounts section of Schedule A.

[2] See line 1259 of the Defendants section of Schedule A, associated with the URL ebay.com/usr/karenqianyun on line 152 of the Online Marketplace Accounts section of Schedule A.