**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LUXOTTICA GROUP S.p.A.<br>and OAKLEY, INC., | Case No. 16-cv-02570 |
| Plaintiffs, | **Judge Gary Feinerman** |
| v. | **Magistrate Judge Michael T. Mason** |
| LI CHEN, et al., | |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiffs Luxottica Group S.p.A. and Oakley, Inc. (collectively, "Plaintiffs"), hereby dismiss this action with prejudice against the Defendants dobest2014[1], kingfreedom23[2], sunng2013[3], vincent_van111[4], and yangyanglo.[5]

---

[1] See line 1186 of the Defendants section of Schedule A, associated with the URL ebay.com/usr/dobest2014 on line 79 of the Defendant Online Marketplace Accounts section of Schedule A.

[2] See line 1261 of the Defendants section of Schedule A, associated with the URL ebay.com/usr/kingfreedom23 on line 154 of the Defendant Online Marketplace Accounts section of Schedule A.

[3] See line 1324 of the Defendants section of Schedule A, associated with the URL ebay.com/usr/sunng2013 on line 217 of the Defendant Online Marketplace Accounts section of Schedule A.

[4] See line 1338 of the Defendants section of Schedule A, associated with the URL ebay.com/usr/vincent_van111 on line 231 of the Defendant Online Marketplace Accounts section of Schedule A.

[5] See line 1348 of the Defendants section of Schedule A, associated with the URL ebay.com/usr/yangyanglo on line 241 of the Defendant Online Marketplace Accounts section of Schedule A.

Dated this 17th day of March 2016.	Respectfully submitted,

/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net

*Counsel for Plaintiffs*
*Luxottica Group S.p.A. and Oakley, Inc.*