# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LUXOTTICA GROUP S.p.A. and OAKLEY, INC., | Case No. 16-cv-02570 |
| Plaintiffs, | **Judge Gary Feinerman** |
| v. | **Magistrate Judge Michael T. Mason** |
| LI CHEN, et al., | |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiffs Luxottica Group S.p.A. and Oakley, Inc. (collectively, "Plaintiffs"), hereby dismiss this action with prejudice against the Defendants 958eshop[1], blue_coffee2088[2], crownones[3], speedy-china[4], jackmusical[5], kingkeymal[6], magic_city288[7], mysupertop[8], and wenlock2012[9].

Dated this 17th day of March 2016.   Respectfully submitted,
/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net

*Counsel for Plaintiffs*
*Luxottica Group S.p.A. and Oakley, Inc.*

---

[1] See line 1122 of the Defendants section of Schedule A, associated with the URL ebay.com/usr/958eshop on line 15 of the Defendant Online Marketplace Accounts section of Schedule A.

[2] See line 1152 of the Defendants section of Schedule A, associated with the URL ebay.com/usr/blue_coffee2088 on line 45 of the Defendant Online Marketplace Accounts section of Schedule A.

[3] See line 1178 of the Defendants section of Schedule A, associated with the URL ebay.com/usr/crownones on line 71 of the Defendant Online Marketplace Accounts section of Schedule A.

[4] Associated with the URL ebay.com/usr/speedy-china on line 92 of the Defendant Online Marketplace Accounts section of Schedule A.

[5] See line 1250 of the Defendants section of Schedule A, associated with the URL ebay.com/usr/jackmusical on line 143 of the Defendant Online Marketplace Accounts section of Schedule A.

[6] See line 1262 of the Defendants section of Schedule A, associated with the URL ebay.com/usr/kingkeymall on line 155 of the Defendant Online Marketplace Accounts section of Schedule A.

[7] See line 1273 of the Defendants section of Schedule A, associated with the URL ebay.com/usr/magic_city288 on line 166 of the Defendant Online Marketplace Accounts section of Schedule A.

[8] See line 1285 of the Defendants section of Schedule A, associated with the URL ebay.com/usr/mysupertop on line 178 of the Defendant Online Marketplace Accounts section of Schedule A.

[9] See line 1342 of the Defendants section of Schedule A, associated with the URL ebay.com/usr/wenlock2012 on line 235 of the Defendant Online Marketplace Accounts section of Schedule A.