# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LUXOTTICA GROUP S.p.A. and OAKLEY, INC., </br></br>Plaintiffs,</br></br>v.</br></br>LI CHEN, et al.,</br></br>Defendants. | Case No. 16-cv-02570</br></br>**Judge Gary Feinerman**</br></br>**Magistrate Judge Michael T. Mason** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiffs Luxottica Group S.p.A. and Oakley, Inc. (collectively, "Plaintiffs"), hereby dismiss this action with prejudice against the Defendant Shenzhen Sailvan Network Technology Ltd. This defendant is identified by the following names and URLs in Schedule A:

| Defendant Name | Line No. (Defendant Section of Schedule A) | Defendant Online Marketplace Account URL | Line No. (Defendant Online Marketplace Accounts Section of Schedule A) |
|---|---|---|---|
| cafase88 | 1160 | ebay.com/usr/cafase88 | 53 |
| cooforu | 1173 | ebay.com/usr/cooforu | 66 |
| digitalzone88 | 1182 | ebay.com/usr/digitalzone88 | 75 |
| easyshopping678 | 1190 | ebay.com/usr/easyshopping678 | 83 |
| easytrade2099 | 1191 | ebay.com/usr/easytrade2099 | 84 |
| efashionforu | 1196 | ebay.com/usr/efashionforu | 89 |
| eshop2098 | 1203 | ebay.com/usr/eshop2098 | 96 |
| newcandy789 | 1286 | ebay.com/usr/newcandy789 | 179 |
| onlinemartforu | 1360 | ebay.com/usr/onlinemartforu | 253 |

Dated this 24th day of March 2016.

Respectfully submitted,
/s/ Justin R. Gaudio_____
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net

*Counsel for Plaintiffs*
*Luxottica Group S.p.A. and Oakley, Inc.*