UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Luxottica Group S.p.A., et al.
                                            Plaintiff,
v.                                          Case No.: 1:16−cv−02570
                                            Honorable Gary Feinerman

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.
                                            Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 30, 2016:

    MINUTE entry before the Honorable Gary Feinerman:Given the large number of defendants, the Clerk need not list any defendant on the docket unless and until that defendant makes an appearance. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.